# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1302**
**CA 16-00737**
PRESENT: WHALEN, P.J., CENTRA, LINDLEY, DEJOSEPH, AND SCUDDER, JJ.

IN THE MATTER OF NEW YORK STATE CORRECTIONAL
OFFICERS AND POLICE BENEVOLENT ASSOCIATION, INC.,
AND CURTIS SAVAGE, PETITIONERS-APPELLANTS,

V                                                            ORDER

NEW YORK STATE OFFICE OF MENTAL HEALTH AND
CENTRAL NEW YORK PSYCHIATRIC CENTER,
RESPONDENTS-RESPONDENTS.

LIPPES, MATHIAS, WEXLER & FRIEDMAN, LLP, ALBANY (EMILY G. HANNIGAN OF
COUNSEL), FOR PETITIONERS-APPELLANTS.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (JULIE M. SHERIDAN OF
COUNSEL), FOR RESPONDENTS-RESPONDENTS.

---------------------------------------------------------------------------------------------------

Appeal from a judgment (denominated order and judgment) of the
Supreme Court, Oneida County (Samuel D. Hester, J.), entered July 8,
2015 in a CPLR article 78 proceeding.  The judgment dismissed the
petition.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs.

Entered:  December 23, 2016                    Frances E. Cafarell
                                               Clerk of the Court